# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RONALD R. VEAL,                )
                               )
      Petitioner,           )
                               )
-vs-                           )   Case No. CIV-09-369-F
                               )
JUSTIN JONES,                  )
                               )
      Respondent.           )

## ORDER

On October 16, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that petitioner, Ronald R. Veal's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied. Magistrate Judge Roberts specifically advised petitioner of his right to object to the Report and Recommendation by November 5, 2009, and that petitioner's failure to make a timely objection waives his right to appellate review of both factual and legal issues therein contained.

To date, petitioner has not filed an objection to the Report and Recommendation. Additionally, he has not sought from the court an extension of time to file an objection to the Report and Recommendation. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on October 16, 2009 (doc. no. 13) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner, Ronald R. Veal's petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**. Judgment shall issue forthwith.

DATED November 23, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0369p001.wpd